David S. DEHORSE, Plaintiff–
Appellant,

v.

Catherine M. DEHORSE; Michael A.
DeHorse; Catherine L. DeHorse; Cal-
lie L. DeHorse, Defendants–Appellees,

v.

United States of America, Third
Party Defendant,

Guy Gustave Hardman, II,
Party–in–Interest.

No. 13–2372.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

David S. DeHorse, Appellant Pro Se.
James Albert McLean, III, McCoy, Wig-
gins, Cleveland & O'Connor, Fayetteville,
North Carolina, for Appellees.

Before GREGORY, KEENAN, and
WYNN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David S. DeHorse appeals the district
court's order remanding the underlying ac-
tion to North Carolina state court. We
dismiss the appeal for lack of jurisdiction.

Subject to exceptions not applicable
here, "[a]n order remanding a case to the
State court from which it was removed is
not reviewable on appeal or otherwise."
28 U.S.C. § 1447(d) (2012); *see E.D. ex rel.
Darcy v. Pfizer, Inc.,* 722 F.3d 574, 581–83
(4th Cir.2013). Because the district
court's order does not fall within any of the
exceptions provided under § 1447, the or-
der is not appealable.

We therefore grant the Appellees' mo-
tion to dismiss DeHorse's appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the material before this court
and argument will not aid the decisional
process.

*DISMISSED.*